**TRANSCRIPT ORDER FORM (DKT-13)** - **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: W.D. Tex.　　District Court Docket No.: No. 25-cv-344

Short Case Title: Texas Ass'n of Money Servs. Businesses v. Bondi

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Chris Poage

Date Notice of Appeal Filed in the District Court: June 25, 2025　　Court of Appeals No.: 25-50481

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 04/11/2025 | TRO hearing (transcript previously ordered) | Biery, J. |
| 05/12/2025 | PI hearing (transcript previously ordered) | Biery, J. |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;　☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;　☐ Advance Payment Waived by Reporter;　☒ U.S. Government Funds
☐ Other _____

Signature: /s/ Simon G. Jerome　　Date Transcript Ordered: 04/14/25; 05/12/25

Print Name: Simon Gregory Jerome　　Phone: 202-514-1673

Counsel for: Defendants-Appellants

Address: 950 Pennsylvania Avenue, N.W., Room 7209, Washington, D.C. 20530

Email of Attorney: simon.g.jerome@usdoj.gov

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____　Signature of Reporter _____　Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____　　Actual Number of Volumes _____

Date _____　Signature of Reporter _____