# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

<table>
<tr><td>

**LYLE W. CAYCE**
**CLERK**

</td><td>

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

</td></tr>
</table>

April 08, 2026

Mr. Martin Golando
405 N. St. Mary's Street
Suite 700
San Antonio, TX 78205

Mr. Robert D. Green
U.S. Attorney's Office
Civil Section
601 N.W. Loop 410
San Antonio, TX 78216

Roland Gutierrez
104 Babcock Road
Sutie 107
San Antonio, TX 78201

Ms. Christen Hebert
Institute for Justice
816 Congress Avenue
Suite 970
Austin, TX 78701

Mr. Simon Gregory Jerome
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Robert Johnson
Institute for Justice
16781 Chagrin Boulevard
Room 256
Shaker Heights, OH 44120

Ms. Katrin Marquez
Institute for Justice
2 S. Biscayne Boulevard
Suite 3180
Miami, FL 33131

Amy Powell
U.S. Department of Justice
Civil Division
150 Fayetteville Street
Raleigh, NC 27601


Mr. Jeff Rowes
Institute for Justice
816 Congress Avenue
Suite 970
Austin, TX 78701


Ms. Ava Sadeghi
Buchalter, L.L.P.
655 W. Broadway
Suite 1600
San Diego, CA 92101-8494


Mrs. Elizabeth Sanz
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203


Mr. Daniel C. Silva
Buchalter, L.L.P.
655 W. Broadway
Suite 1600
San Diego, CA 92101-8494


Mr. Mahesha P. Subbaraman
Subbaraman, P.L.L.C.
80 S. 8th Street
Suite 900
Minneapolis, MN 55402


Ms. Sharon Swingle
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Mr. Andrew Ward
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203


        No. 25-50481   Texas Association v. Blanche
                USDC No. 5:25-CV-344

Dear Mr. Golando, Mr. Green, Gutierrez, Ms. Hebert, Mr. Jerome, Mr. Johnson, Ms. Marquez, Powell, Mr. Rowes, Ms. Sadeghi, Mrs. Sanz, Mr. Silva, Mr. Subbaraman, Ms. Swingle, Mr. Ward,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

_____

Case No. 25-50481

_____

Texas Association of Money Services Businesses, TAMSB; Nydia Regalado, doing business as Best Rate Exchange; San Isidro Multi Services, Incorporated; Mario Regalado, doing business as Border International Services; Reynosa Casa de Cambio, Incorporated; Laredo Insurance Services, L.L.C.; Espro Investment, L.L.C., doing business as Lonestar Money Exchange; Cris Win, Incorporated, doing business as Brownsville Casa De Cambio; High Value, Incorporated; R & C, Incorporated, doing business as Temex Money Exchange; Arnoldo Gonzalez, Jr.; E.Mex. Financial Services, Incorporated,

    Plaintiffs - Appellees/Cross-Appellants

v.

Todd Wallace Blanche, Acting U.S. Attorney General; Scott Bessent, Secretary, U.S. Department of Treasury; United States Department of Treasury; Andrea Gacki, Director of the Financial Crimes Enforcement Network; Financial Crimes Enforcement Network,

    Defendants - Appellants/Cross-Appellees